THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. HOWLEY, Appellant, *v.* CYRUS C. MILLER, as President of the Borough of The Bronx, and JAMES A. HENDERSON, as Superintendent of Buildings of the Borough of The Bronx, Respondents.

Appeal from an order, made at the New York Special Term and entered in the office of the clerk of the county of New York February 14, 1911, denying a motion for a peremptory writ of mandamus.

PER CURIAM: For the reasons stated in the opinion in *People ex rel. Daly* v. *Henderson* (*ante*, p. 225), decided herewith, the order appealed from should be reversed, with ten dollars costs and disbursements, and the motion for a peremptory writ of mandamus granted, with ten dollars costs, in so far as it seeks a direction for the reinstatement of the relator to his position.    Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Dowling, JJ.    Order reversed, with ten dollars costs and disbursements, and motion granted to the extent stated in opinion, with ten dollars costs.    Order to be settled on notice.